Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
Telephone: (602) 388-8898
Facsimile: (866) 317-2674
rthompson@ThompsonConsumerLaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Dees, *on behalf of himself and all others similarly situated,* <br><br> Plaintiff, <br><br> vs. <br><br> I.C. System, Inc., <br><br> Defendant. | Case No. 2:19-cv-05212-MTL <br><br> **NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have reached a settlement in this case. Plaintiff respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved and final dismissal paperwork may be filed.

Dated: February 12, 2020

                                         Respectfully submitted,

                                         <u>s/ Russell S. Thompson, IV</u>
                                         Russell S. Thompson, IV (029098)
                                         Thompson Consumer Law Group, PC
                                         5235 E. Southern Ave., D106-618
                                         Mesa, AZ 85206
                                         Telephone: (602) 388-8898
                                         Facsimile: (866) 317-2674

rthompson@ThompsonConsumerLaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 12, 2020, the foregoing document was filed electronically with the Clerk of U.S. District Court, District of Arizona via the Court's CM/ECF system.

<u>s/ Russell S. Thompson, IV</u>
Russell S. Thompson, IV