# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Dees,<br><br>              Plaintiff,<br><br>v.<br><br>IC System Incorporated,<br><br>              Defendant. | No. CV-19-05212-PHX-MTL<br><br>**ORDER** |

Pursuant to the parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. 23), and good cause appearing,

**IT IS ORDERED granting** the parties' Joint Stipulation of Voluntary Dismissal With Prejudice (Doc. 23), and dismissing the matter, with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FINALLY ORDERED** directing the Clerk of Court to terminate this matter.

Dated this 30th day of March, 2020.

Michael T. Liburdi
United States District Judge